UNITER STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
BRYAN CHAPEL, Individually and on behalf of all others similarly situated, as Class/Collective representatives,

       Plaintiff,

       v.

SPENCER GIFTS, LLC,

       Defendant.
--------------------------------------------------------X

Case No. 5:18-cv-00432-TJM-CFH

## PLAINTIFF'S NOTICE OF DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a) (1)(A)(i)

Plaintiff dismisses this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: New York, New York
         June 11, 2018

Respectfully submitted,

       s/Michael Palitz
Michael J. Palitz
SHAVITZ LAW GROUP, P.A.
830 3rd Avenue, 5th Floor
New York, New York 10022
Tel: (800) 616-4000
Fax: (561) 447-8831

*Attorneys for Plaintiff, the Putative FLSA Collective, and the Putative New York Class*

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated:  June 12, 2018
       Utica, NY

- 2 -

## CERTIFICATE OF SERVICE

I, Michael Palitz, hereby certify that on June 11, 2018, a true copy of the above document filed through the ECF system will be electronically sent to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

/s/ Michael Palitz<br>
Michael Palitz